# CHAPTER 13 PLAN (Individual Adjustment of Debts)

__2ND__    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ANTHONY P CALABRESE  JOINT DEBTOR: ELIZABETH CALABRESE  CASE NO.: 13-19527-JKO
Last Four Digits of SS# 7299    Last Four Digits of SS# 1607

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $ 613.00 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,800.00   TOTAL PAID $ 950.00
      Balance Due   $ 3,850.00   payable $ 385.00 /Month (Months 1 to 10)

Fee Itemization: $3,500.00 Base Legal Fee; $775.00 to file motion to value homestead; $525.00 to value vehicle.

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date   $_____
Address: _____    Arrears Payment  $_____/month (Months ____ to ___)
         _____    Regular Payment  $_____/month (Months ____ to ___)
                                   Regular Payment  $_____/month (Months ____ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage Corp/ Green Tree Servicing LLC (2881) | Residential Homestead 5931 Manchester Way Tamarac FL 33321 $100,060.00 | 0% | $0.00 | ____ To ____ | The Debtors seek to strip the second mortgage as wholly unsecured. |
| Ford Credit (7833) | 2007 Ford Expedition $7,150.42 | 5.25% | $134.90 | 1 To 60 | $8,094.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS                Total Due  $ 13,236.06
                      Payable  $ 37.37 /month (Months 1 to 10)
                      Payable  $ 257.25 /month (Months 11 to 59)
                      Payable  $ 257.11 /month (Months 60 to 60)

Unsecured Creditors: Pay $ 165.12 /month (Months 11 to 59) and Pay $ 165.26 /month (Months 60 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The Debtors are making monthly mortgage payments on the residential homestead located on 5931 Manchester Way Tamarac FL 33321 directly to secured creditors, Green Tree Servicing L (8455) and Hampton Hills Community Association Inc (5018), outside of this plan. The Debtors are treating the secured claim of Orlando Vacation Suites II Condo Association on the timeshare at Hilton Grand Vacations directly outside of this plan.

___/s/ FILED ECF_____    Date: July 16, 2013
Nowack & Olson, PLLC with knowledge and consent of the Debtor(s)

LF-31 (rev. 12/01/09)